UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Brian Whitaker,

        Plaintiff,

v.

South Coast Plaza,

        Defendant.

Case No. CV 19-01240-AB (MRWx)

**ORDER DISMISSING CIVIL ACTION**

     THE COURT having been advised by counsel that the above-entitled action has been settled by a Mediation Report dated December 9, 2019 (Dkt. No. 25);

     **IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 10, 2019    _____

                          ANDRÉ BIROTTE JR.
                          UNITED STATES DISTRICT JUDGE